```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                  JONESBORO DIVISION
```

LARRY FLETCHER                                              PLAINTIFF

vs.              Civil Case No. 3: 08CV00113 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                     DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner and remanding this case for further evaluation and consideration.

SO ADJUDGED this 29th day of September, 2009.

*/s/ Henry L. Jones, Jr.*
UNITED STATES MAGISTRATE JUDGE